IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 3 : 26 - 351 |
| | ) |
| v. | ) 18 U.S.C. § 922(g)(1) |
| | ) 18 U.S.C. § 924(a)(8) |
| **JEREMIAH ANTWON TYLEEK** | ) 18 U.S.C. § 924(d)(1) |
| **DRAWHORN** | ) 28 U.S.C. § 2461(c) |
| | ) |
| | ) **INDICTMENT** |

## COUNT 1

**THE GRAND JURY CHARGES:**

That on or about July 4, 2025, in the District of South Carolina, the Defendant,

**JEREMIAH ANTWON TYLEEK DRAWHORN**, knowingly possessed a firearm in and

affecting interstate commerce, to wit, a Glock, model 43x, 9mm pistol, having previously been

convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that

he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

FIREARM OFFENSE:

Upon conviction for the felony violation of Title 18, United States Code, Section 922(g)(1) as charged in this Indictment, the Defendant, **JEREMIAH ANTWON TYLEEK DRAWHORN,** shall forfeit to the United States all the Defendant's rights, title, and interest in:

    (a) Any firearms and ammunition (as defined in 18 U.S.C. § 921)-

        (1) involved in or used in any knowing violation of 18 U.S.C. § 922, or violation of any other criminal law of the United States or intended to be used in a crime of violence.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offense charged in this Indictment includes, but is not limited to, the following:

    (a) Firearm:

    Glock Model 43x 9mm pistol bearing serial number BTGC730

    (b) Ammunition

    9 rounds of 9mm ammunition

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A _TRUE_ BILL

FOREPERSON

2

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By:

Todd Timmons (#11254)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina  29201
803-929-3000
Email:  Todd.Timmons@usdoj.gov

3