## RECORD OF GRAND JURY BALLOT

C/R  3:26-351

UNITED STATES OF AMERICA v. JEREMIAH ANTWON TYLEEK DRAWHORN

(SEALED UNTIL FURTHER ORDER OF THE COURT)